

FILED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alberto SOLORIO-Penaloza,<br><br>Defendant. | Mag. Case No. '08 MJ 8535<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1324 (a)(1)(A)(ii)<br>Illegal Transportation of Aliens |

The undersigned complainant, being duly sworn, states:

On or about June 13, 2008, within the Southern District of California, defendant Alberto SOLORIO-Penaloza with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jorge Alberto CHAVEZ-Mares, Felipe CHAVEZ-Mares, and Rosa NAVARRO-Flores had come to, entered and remained in the United States in violation of law, and did transport and move said aliens within the United States in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF JUNE 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

I, Senior Border Patrol Agent Luis Salas declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complaint states that this complaint is based upon statements in the investigative reports by the apprehending agent, E. Ford that on June 13, 2008, the defendant, Alberto SOLORIO-Penaloza, an illegal alien was apprehended near Salton City, California, as he attempted to smuggle twenty five illegal aliens inside a green Ford Excursion.

At approximately 6:00 p.m., while operating an unmarked Border Patrol unit, Agent Ford was traveling northbound on Pole Road and observed a vehicle traveling southbound. The vehicle stopped, two individuals exited the vehicle and dropped off several water jugs on the side of the road. The subjects got back in their vehicle and turned back northbound on Pole Line Road. Agent Ford followed the vehicle northbound, which was a silver Dodge Durango with no visible plate. Further north of the Durango, Agent Ford saw a green Ford Excursion bearing California license plates 4ZLM465 parked on the side of Pole Line Road. The Durango passed the Excursion and both vehicles continued northbound. As the vehicles approached Dump Road, the driver of the Excursion waved for Agent Ford to pass them. Agent Ford passed the Excursion and noticed the vehicle was so full of occupants that some to them were hanging out of the window. The Durango turned onto Dump Road and the Excursion continued northbound on Pole Line Road. The driver of the Excursion again waved gesturing for Agent Ford to pass them. Agent Ford pulled up next to the Excursion and identified himself as a United States Border Patrol Agent in both English and Spanish and by showing the driver his badge. The driver accelerated and attempted to get away.

Several minutes later the Excursion slowed to a stop south of the intersection of Sunrise and State Route 22 in Salton City, California. The driver later identified as Alberto SOLORIO-Penaloza without a shirt on attempted to abscond. Several occupants began exiting the vehicle and running away. Agent Ford was able to keep thirteen subjects from exiting the Excursion.

Agent Ford identified himself as a Border Patrol Agent to the group and questioned all the occupants individually as to their citizenship. All the occupants of the Excursion stated that they were citizens of Mexico without any documents to work or reside in the United States legally. All of the occupants were placed under arrest and transported to the Highway 86 Checkpoint for further processing.

Responding Agents Gonzalez and Lopez observed the silver Dodge Durango heading towards Pole Line Road. After traveling for a short distance, the silver Durango got stuck in the sand. Both occupants attempted to abscond by running away from the Durango. Agent Lopez apprehended the driver later identified as, Juan Carlos PENALOSA-Portillo. Agent Lopez identified himself as a United States Border Patrol Agent and questioned PENALOSA-Portillo as to his citizenship. PENALOSA-Portillo admitted to being a citizen of Mexico without any documents to be in the United States legally. Agent Gonzalez apprehended the passenger later identified as, Jonathan ROJAS-Orosco. Agent Gonzalez identified himself as a United States Border Patrol Agent and questioned ROJAS-Orosco as to his citizenship. ROJAS-Orosco admitted to being a

citizen of Mexico without any documents to be in the United States legally. Both subjects were arrested and transported to the Highway 86 Checkpoint for further processing.

Agents Arredondo and Miranda responded to assist in the apprehension of the remaining subjects that fled from the Excursion. After a short pursuit Agents Miranda and Arredondo were able to apprehend all of the subjects. Agents Miranda and Arredondo identified themselves as a United States Border Patrol Agents and questioned all of the subjects as to their citizenship. All the subjects admitted to being citizens of Mexico without documents to be in or remain in the United States legally. All of the subjects were arrested and transported to the Highway 86 Checkpoint.

At approximately 2:05 A.M. Alberto SOLORIO-Penaloza was advised of his Miranda Rights. Alberto SOLORIO-Penaloza stated that he understood his rights and were willing to answer questions without an attorney present.

The driver of the Ford Excursion Alberto SOLORIO-Penaloza, stated that he was born in Guerrero, Mexico. SOLORIO stated he was going to be paid $2000.00 U.S. Dollars to drive the Ford Excursion to Los Angeles, California. Alberto SOLORIO-Penaloza stated he was given a detailed map by the smugglers and gave him instructions of the area he would drive. Alberto SOLORIO-Penaloza was going to be contacted by the smuggler and given further diretions on where to drop off the human cargo. Alberto SOLORIO-Penaloza stated that the smuggler instructed him if he was engaged by Border Patrol, not to stop. Alberto SOLORIO-Penaloza stated that while he was running from the Agents, he discarded the map to avoid any problem from the Alien Smuggling Organization.

Material Witnesses Jorge Alberto CHAVEZ-Mares and Felipe CHAVEZ-Mares, stated that they made the arrangement with an unknown man in their hometown of Aguascalientes, Mexico to be smuggled into the United States. They said that shortly after arriving to Mexicali, Baja California, Mexico they received a phone call at their hotel room and a taxi cab picked them up. The cab took them to an unknown location. There they crossed illegally into the United States, by wading through the river. After crossing through the river, a blue pick up truck picked them up and took them to the desert. They waited for a day and a half until they were picked up by the Excursion they were apprehended in.

Jorge Alberto CHAVEZ-Mares and Felipe CHAVEZ-Mares were shown a six-pack photo lineup, and positively identified Alberto SOLORIO-Penaloza as the driver of the Ford Excursion.

Material Witness Rosa NAVARRO-Flores stated that her friend made arrangements for her to be smuggled into the United States in her hometown of Tepic, Nayarit. NAVARRO-Flores said that she was taken to an unknown river and told to get in the water. NAVARRO-Flores said that she waded through the river for several hours and upon exiting the river a grey sport utility vehicle picked her up. NAVARRO-Flores stated that she was taken to an unknown location and dropped off. NAVARRO-Flores waited until the Ford Excursion showed up and picked her up. NAVARRO-Flores said that they were apprehended by Border Patrol about thirty minutes later.

Rosa NAVARRO-Flores was shown a six-pack photo lineup, and positively identified Alberto SOLORIO-Penaloza as the driver of the Ford Excursion.

The complaint state that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Jorge Alberto CHAVEZ-Mares | Mexico |
| Felipe CHAVEZ-Mares | Mexico |
| Rosa NAVARRO-Flores | Mexico |

Further, complaint states that, Jorge Alberto CHAVEZ-Mares, Felipe CHAVEZ-Mares and Rosa NAVARRO-Flores, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to their criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on June 15, 2008 at 1010.

Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on February 16, 2008 in violation of Title 8, United States Code 1324.

Peter C. Lewis
United States Magistrate Judge

10:35 a.m.
6/15/08  ~~1010~~
Date/Time