✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ Gregory T. Murphy |
| Date | Signature |
|  | Print Name          Bar Number |
|  | Address |
|  | City     State     Zip Code |
|  | Phone Number      Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alberto Solorio-Penaloza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8535 |
|            Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ALBERTO SOLORIO-PENALOZA, ) | |
|            Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Ciro Hernandez
cirolaw@aol.com,karmingia@aol.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    June 18, 2008                /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Alberto Solorio-Penaloza