UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. _08CR2162-L_ |
| Plaintiff | ) | _08mj8535_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Alberto Solorio-Pendoza | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Rosa Navarro-Flores

DATED: _6/26/08_

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _S. Flores_

Deputy Clerk