UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Alberto Solorio-Penaloza ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 06CR2162-L <br> ORDER 08mj8535 <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Alberto Chavez-Maires

DATED: 6/26/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk